UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2010 OCT -4  P 1:34

| | |
|---|---|
| SONJA HAHNEL<br>    Plaintiff | ) CIVIL ACTION NO. 3:10-CV-561 (RNC)<br>)<br>)<br>) |
| v. | ) |
| HOWARD LEE SCHIFF, et al<br>    Defendants | ) October 4, 2010<br>) ~~SEPTEMBER 29, 2010~~ |

## STIPULATION TO DISMISSAL

Plaintiff and defendants, LAW OFFICES HOWARD LEE SCHIFF P.C., sued herein as HOWARD LEE SCHIFF, RAB PERFORMANCE RECOVERIES, LLC, ADAM OLSHAN, and HEATH TIBERIO, hereby stipulate and agree the within action may be dismissed with prejudice and without costs as to defendants, as to any party.

PLAINTIFF
SONJA HAHNEL

By _____
Sonja Hahnel

DEFENDANTS, LAW OFFICES
HOWARD LEE SCHIFF P.C., RAB
PERFORMANCE RECOVERIES, LLC,
ADAM OLSHAN, AND HEATH
TIBERIO

By _____
Jeanine M. Dumont ct 05021
Their Attorney
510 Tolland Street
East Hartford, CT 06108
(860) 528 9991

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Stipulation to Dismissal was mailed by first class mail, postage prepaid, on __10/4__, 2010 to the following counsels of record:

Walter Shalvoy
Maher & Murtha
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Sonja Hahnel
24 Rose Street
Baltic, Connecticut  06330
(860) 949-8194
scostrosky@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2010 OCT -4 P 1: 35

|   |   |
|---|---|
| Sonja Hahnel<br>Plaintiff, Pro Se'<br><br>V.<br>HOWARD LEE SCHIFF, PC, et al.<br>Defendants | **Case No: 3:10 CV 00561 (RNC)**<br><br>October 4, 2010 |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendants, CAPITAL ONE BANK (USA), N.A., TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK, and NCO FINANCIAL SYSTEMS, INC., hereby respectfully submit Stipulation for Dismissal and stipulate in agreement that this action may be dismissed with prejudice and without costs to any party.

Respectfully submitted this 4th day of October, 2010.

Sonja Hahnel
24 Rose Street
Baltic, Connecticut  06330
(860) 949-8194
scostrosky@yahoo.com

CAPITAL ONE BANK (USA), N.A.,
TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK, and
NCO FINANCIAL SYSTEMS, INC.

By: _____

Printed Name: ____Walter A. Shalvoy, Jr.____

Title: ____Attorney____

Date: ____September 28, 2010____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed by first class mail, postage prepaid, on _Oct 4_, 2010 to the following counsels of record:

Jeanine M. Dumont, Esq.
Howard Lee Schiff, P.C.
510 Tolland Street
East Hartford, CT   06108

Christopher T. Moylan, Esq.
Howard Lee Schiff, P.C.
510 Tolland Street
East Hartford, CT   06108

_____
Sonja Hahnel
24 Rose Street
Baltic, Connecticut   06330
(860) 949-8194
scostrosky@yahoo.com

1